FILED
APR -7 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:16CR154 SPM** |
| TODD STRONG | ) ) |
| Defendant. | ) ) |

## MISDEMEANOR INFORMATION

The United States Attorney Charges that:

On or about February 20, 2015, within the Eastern District of Missouri,

**TODD STRONG**

the defendant herein, did use threats of force to attempt to intimidate and impede a Social Security Claims Representative who was acting in an official capacity to carry out a duty under the Social Security Act.

In violation of Title 42, United States Code, Section 1320a-8b.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

*[signature]*

TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this 7th day of April 2016.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK